RAINEY AND RICHARDS *v.* PLANTERS BANK OF TENNESSEE.

At least five days' notice before the commencement of a term of court, to which a *capias ad respondendum* is made returnable, must be given to authorize a plaintiff to demand judgment by default at the first term.

IN error from the circuit court of Tippah county; Hon. Hugh R. Miller, judge.

The opinion contains the facts.

*Adams* and *Dixon* for appellants,

Contended that at least five days' notice must be given before the sitting of court, to authorize the plaintiff in an action like this, to demand judgment by default. In this case, the writ was executed on Rainey, one of the defendants in the court below, only three days before the term of the court at which the writ was made returnable.

*Glenn* and *Cushman,* for appellees,

Contended that there was no error in the judgment of the court below.

Mr. Chief-Justice SMITH delivered the opinion of the court.

The writ which issued in this case was made returnable to

the September term, 1849, of the circuit court of Tippah county, which, by law, is holden on the first Monday of September. It was served upon Richards on the 29th, and on Rainey the 31st, of the August preceding. The first Monday of September, 1849, was the third day of the month. A judgment by default was rendered against both of the defendants at return term. This was error. The statute, Hutch. Code, 835, requires five days' notice before the commencement of the term to which a *capias ad respondendum* is made returnable, in order to authorize the plaintiff to demand a judgment by default. And five days had not intervened between the service of the writ on Rainey and the commencement of the term.

Let the judgment be reversed, the cause remanded, and a new trial awarded.